**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1466**

---

ROESETTE H. JONES,

Plaintiff - Appellant,

versus

WAL-MART ASSOCIATES, INCORPORATED, DC 6040,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District or North Carolina, at Wilmington. James C. Fox, District Judge. (CA-99-216-7-F)

---

Submitted: August 30, 2000         Decided: September 6, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Roesette H. Jones, Appellant Pro Se. Michael Todd Sullivan, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roesette H. Jones appeals the district court's order dismissing her civil action alleging racial discrimination in violation of Title VII. <u>See</u> 42 U.S.C.A. § 2000e (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jones v. Wal-Mart</u>, No. CA-99-216-7-F (E.D.N.C. Mar. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2